# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Tkacz Engineering LLC ) ASBCA Nos. 59919, 60358
)
Under Contract No. W91JA4-11-P-4078 )

APPEARANCE FOR THE APPELLANT: James Y. Boland, Esq.
Venable LLP
Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Jason W. Allen, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 3, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59919, 60358, Appeals of Tkacz Engineering LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals